IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF JOSEPH EDWARD HUDAK, ATTORNEY PA I.D. 45882 A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | ) ) ) 2:03-mc-547 ) ) |

## ORDER OF COURT

AND NOW this 24th day of June, 2011, after due consideration of the Recommendation to the Board of Judges and after discussion and majority vote of the active Judge members of the Board of Judges present at a duly noticed and convened meeting of said Board on May 25, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the PETITION FOR REINSTATEMENT TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Document No. 23) filed by suspended attorney Joseph Edward Hudak is **DENIED**.

BY THE COURT:

_____
GARY L. LANCASTER, C.J.

(not present)
_____
TERRENCE F. McVERRY, D.J.

_____
SEAN J. McLAUGHLIN, D.J.

_____
ARTHUR J. SCHWAB, D.J.

_____
JOY FLOWERS CONTI, D.J.

_____
KIM R. GIBSON, D.J.

_____
DAVID STEWART CERCONE, D.J.

_____
NORA BARRY FISCHER, D.J.

cc:

Joseph E. Hudak
P.O. Box 23423
Pittsburgh, PA 15222
Email: sjz138@aol.com

Samuel F. Napoli, Esquire
Office of Disciplinary Counsel
Suite 400, Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Email: samuel.napoli@pacourts.us

Thomas E. Reilly, Esquire
Email: lcrown@tomreillylaw.com